REDACTED

-FILED-

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

NOV 2 0 2024

At _____ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT |
| | ) | |
| v. | ) | Cause No. 1:24-CR-44 |
| | ) | Violation: |
| DOMINIQUE B. UNDERWOOD | ) | 18 U.S.C. § 922(a)(6) |

**THE GRAND JURY CHARGES:**

<u>COUNTS 1-7</u>

Between on or about April 8, 2021, and September 9, 2023, in the Northern District of Indiana,

DOMINIQUE B. UNDERWOOD,

defendant herein, in connection with the acquisition and attempted acquisition of a firearm, from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious statement to a licensed dealer of firearms, which statement was intended and likely to deceive the licensed firearms dealer, as to a fact material to the lawfulness of such sale of the firearm to the defendant under Chapter 44 of Title 18, in that the defendant represented that her current State of residence and address was XXXX Bunt Dr., Fort Wayne, Indiana, knowing that information to be false, in the following manner:

Count 1: On or about April 8, 2021, during the purchase of a Glock 17 pistol from FFL 1;

Count 2: On or about April 12, 2021, during the purchase of a Taurus G3 pistol from FFL 2;

Count 3: On or about November 13, 2021, during the purchase of a SCCY CPX-2 pistol from FFL 2;

Count 4: On or about October 15, 2022, during the purchase of a Glock 30 and an Iberia Firearms Inc. JCP pistol, from FFL 1;

Count 5: On or about November 3, 2022, during the purchase of a Taurus PT111 G2 A and a Polymer80 Inc. PFC9 pistol from FFL 3;

Count 6: On or about January 17, 2023, during the purchase of an American Tactical Omni Hybrid Maxx rifle from FFL 4;

Count 7: On or about September 9, 2023, during the attempted purchase of a Taurus Spectrum 380 pistol from FFL 4;

All in violation of 18 U.S.C. § 922(a)(6).

A TRUE BILL

/s/Foreperson
Foreperson


CLIFFORD D. JOHNSON
UNITED STATES ATTORNEY


/s/ Stacey R. Speith
By:   Stacey R. Speith
      Assistant United States Attorney